UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                             :
                                                                     :
                -v-                                                  :   19-CR-625-1 (JMF)
                                                                     :
ROBERT WILSON,                                                       :                ORDER
                                                                     :
                      Defendant.                                     :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Yesterday, the Court received a letter, dated **May 18, 2020**, from the Defendant, indicating his desire to substitute counsel.  (Delivery of the letter was clearly delayed a result of the COVID-19 pandemic.) The letter, a copy of which has been sent to defense counsel, will be maintained under seal.

      Defense counsel is ORDERED to immediately contact the Defendant to communicate about the issues in the letter.  No later than **June 25, 2020**, defense counsel shall submit a letter indicating his views on whether the Court should schedule a conference to address the issue and/or substitute counsel and, if so, whether the Defendant would consent to proceed by video or teleconference.  (Defense counsel should file the letter under seal or in redacted form to the extent that it involves confidential attorney-client communications.)

      SO ORDERED.

Dated: June 16, 2020
      New York, New York
                                         JESSE M. FURMAN
                                         United States District Judge