LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

June 17, 2020

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      **Re:**   **United States v. Robert Wilson**
           **Case No.: 19CR625 (JMF)**

Dear Judge Furman:

     This letter is submitted in support of the defendant's application for a brief extension of time of six (6) days by which the undersigned will file their statement as to defendant Robert Wilson's willingness to consent to the exclusion of time under the Speedy Trial Act..

     On or about May 13, 2020, this Court issued an Order granting the defendant's application to adjourn the previously scheduled trial date, with the proviso that counsel was to file, no later than June 19, 2020, a letter indicating whether the defendant consented to the exclusion of speedy trial time through November 9, 2020. In that regard, counsel for the defendant scheduled a video conference with the defendant for today to discuss the defendant's position regarding the Speedy Trial Act but as a result of transmission problems, the video conference was terminated early without the necessary discussion. Additionally, today the undersigned received an Order of the Court indicating that the Court had received correspondence from the defendant that the defendant was requesting substitute counsel. The Court Ordered that the undersigned notify the Court no later than June 25, 2020, whether the Court should schedule a conference to address the issues addressed in the defendant's letter.

     The undersigned respectfully requests that the Court extend the date for the filing of the Speedy Trial Act waiver-letter to June 25, 2020 so that the undersigned can both discuss the issues raised in the defendant's May 18, 2020 letter and discuss the defendant's position regarding a waiver of the Speedy Trial Act with the defendant and respond to the Court simultaneously. Counsel for the defendant has taken steps to reschedule a video conference with the defendant to facilitate the above.

*Application GRANTED. Defendant shall file a letter in response to both of the Court's orders by June 25, 2020. The Clerk of Court is directed to terminate Doc. #66.*

*SO ORDERED.*

*[signature]*

*June 18, 2020*

Hon. Jesse M. Furman
United States District Judge
June 17, 2020
Page 2.

        Thank you for your attention to this matter.

                              Respectfully submitted,

                              /s/ *Bruce D. Koffsky*
                              Bruce D. Koffsky

BDK/ns
Encl.

cc:    Avraham Moskowitz, Esq. by email
        All Counsel of Record by ECF