```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                -v-                                                :    19-CR-625-1 (JMF)
                                                                   :
ROBERT WILSON,                                                     :         ORDER
                                                                   :
                                Defendant.                         :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Yesterday, the Court entered an order scheduling a videoconference to address Defendant Robert Wilson's request for new counsel. *See* ECF No. 73. When doing so, the Court overlooked the fact that it had previously appointed Avraham Moskowitz as Learned Counsel for Mr. Wilson. In light of the fact that Mr. Moskowitz represents Mr. Wilson as well, there may be no need to substitute counsel for Mr. Koffsky.

Mr. Moskowitz shall promptly arrange to speak with Mr. Wilson and, no later than July 1, 2020, shall file a letter with the Court indicating whether there is a need to proceed with the substitution-of-counsel proceeding scheduled for July 7, 2020, or if he can represent Mr. Wilson without the need for new or additional counsel.

SO ORDERED.

Dated: June 26, 2020
       New York, New York
                                                _____
                                                    JESSE M. FURMAN
                                                    United States District Judge