UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
    -v-                                                            :    19-CR-625-1 (JMF)
:
ROBERT WILSON,                                              :    <u>ORDER</u>
:
                  Defendant.                           :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On July 20, 2020, the Court received the attached letter, dated July 1, 2020, from the Defendant.  Given the Defendant's opportunity to raise the matter during the substitution-of-counsel hearing on July 7, 2020, the Court assumes that there is no reason to take any further action on this letter at this time.  But defense counsel should speak with the Defendant and report back to the Court if counsel believes Court intervention is necessary.

        SO ORDERED.

Dated: July 20, 2020
       New York, New York                            JESSE M. FURMAN
                                                             United States District Judge

(C.C)

7-1-20

Dear, Honorable Judge Furman

I'm writting you today In regards to the lack of access I have to review my Discovery. I've been In the SHU from Feb. 26, 2020 till June 11th, 2020 during that time I haven't had the opportunity to review my Discovery for several different reasons (1) My property wasn't transfered from MCC to MDC intill April 25th, 2020 (2) When i was finally granted the opportunity to Law Library, the Legal Department mis-placed my hard drive and I was told I have to contact my Lawyer In order to get another one. I recieved a new Hard Drive June 30, 2020. Im not sure if you are aware but MDC is on a motified lockdown where Inmates are allowed out their cell 3hrs a day, during that time we must shower, use the phone, sanitize our cells, do laundry, cook, and manage to review our Discoveries. So the purpose of this letter today is because I was told by my Consolur that I can be giving acess to more Law Library time with a Court order. I would highly apreciate the opportunity to catch up and come to Understanding with the charges and envidence against me In this case.

Please & Thank You,

Robert Wee

→

For some reason Im being denied access to Law Library, this is the 3rd week in a row I was told I can't go, and not giving an explanation or reason why. I've wrote plenty of cop-outs to numerous staff members and havent received an response.

