```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
UNITED STATES OF AMERICA                                              :
                                                                      :
            -v-                                                       :     19-CR-625 (JMF)
                                                                      :
ROBERT WILSON,                                                        :     SCHEDULING ORDER
                                                                      :
                        Defendant(s).                                 :
                                                                      :
----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    Trial in this case is scheduled for **January 4, 2022** at **9:30 a.m.**

    Upon consideration of the parties' proposed pretrial schedule, *see* ECF No. 113, it is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **noon** on **November 16, 2021**. Any opposition to a motion *in limine* or trial memorandum shall be filed by **noon** on **December 6, 2021**. Any reply shall be filed by **noon** on **December 13, 2021**.

    In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing. In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

    It is further ORDERED that the parties appear for a final pretrial conference on **December 21, 2021**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

    The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

    SO ORDERED.

Dated: June 17, 2021
       New York, New York
                                                     JESSE M. FURMAN
                                                     United States District Judge