UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                     :
:
-v-                                               :     19-CR-625 (JMF)
:
ROBERT WILSON and KEVIN CROSBY,              :          ORDER
:
Defendants.                             :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Attached is a letter dated March 9, 2022, purportedly from Defendant Kevin Crosby, that the Court received.

    SO ORDERED.

Dated: April 12, 2022  
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

Honorable Judge Furman

I have something on my heart that I feel the need to explain, at my sentencing there were some facts in my plea I felt I should've elaborated on. Before and during my sentence my main focus was showing the courts and victim family as well as my own family remorse. One of my biggest concerns was getting the least time possible. After speaking with my lawyers, I realized that getting into details of what happened on Jan. 6 wouldn't be in my best interest. Despite the government theory, I alone orchestrated the shooting of Nelson Ramos. I did not seek approval nor input from Mr. Wilson. I planned this shooting before even making contact with Mr Wilson on Jan 6th.

3-9-22

Kevin Crosby 79967-054
86 29th Street
MDC Brooklyn
Brooklyn, NY 11232

NEW YORK NY 100
30 MAR 2022 PM 6 L

Hon. Jesse M. Furman
Thurgood Marshal
United State Court house
40 Foley Square
NY, NY 1 000+

US MAIL SDNY
10007-150729