# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN  
20 VESEY STREET, SUITE 400  
NEW YORK, NY 10007  

P  (718) 514 - 9100  
F  (917) 210 - 3700  
ZEMAN@ZEMANWOMBLELAW.COM  

WWW.ZEMANWOMBLELAW.COM

---

May 3, 2022

**VIA ECF**

Honorable Jesse M. Furman  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007  

Re: U.S. v. Robert Wilson, 19 Cr. 625 (JMF)

Dear Judge Furman,

    We write on behalf of our client, Robert Wilson, who has informed his legal team that he wishes to be assigned new counsel. He has cited a breakdown in communication and a lack of trust. We respectfully request a conference as soon as is convenient for the Court so we can address Mr. Wilson's position.

    Thank you for your prompt attention to this matter.

Respectfully submitted,

//s//

_____  
Benjamin Zeman  
Anthony Cecutti  
Kestine Thiele  
Counsel for Robert Wilson

All Parties Via ECF

> The parties shall appear for a conference on May 9, 2022, at 11:45 a.m. to address the situation. Unless and until the Court orders otherwise, all dates and deadlines - most notably, the Fatico hearing scheduled to begin on May 11, 2022 - remain in effect. The Clerk of Court is directed to terminate ECF No. 212. SO ORDERED.
>
> *[signature]*
>
> May 3, 2022