# ZEMAN & WOMBLE, LLP

| | |
|---|---|
| BENJAMIN ZEMAN<br>20 VESEY STREET, SUITE 400<br>NEW YORK, NY 10007 | P  (718) 514 - 9100<br>F  (917) 210 - 3700<br>ZEMAN@ZEMANWOMBLELAW.COM |

WWW.ZEMANWOMBLELAW.COM

November 9, 2022

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: U.S. v. Robert Wilson, 19 Cr. 625 (JMF)

Dear Judge Furman,

Anthony Cecutti, Kestine Thiele and I represent Robert Wilson in the above referenced matter. In light of the cell phone allegedly found in Mr. Wilson's possession and the Court's recent request for the executed search warrant, we write to respectfully request a brief, approximately 30 day adjournment of the sentencing which is scheduled for November 10, 2022.

We thank Your Honor in advance for your consideration in this matter.

Respectfully submitted,

//s//

_____
Benjamin Zeman
Counsel for Robert Wilson

All Parties Via ECF

> Application DENIED.  Sentencing remains scheduled for tomorrow, November 10th, but the time is changed from 10:00 a.m. to **10:30 a.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, at the request of the Government.
>
> The Clerk of Court is directed to terminate Doc. #257.
>
> SO ORDERED.
>
> /s/ Jesse M. Furman
> November 9, 2022