*Application GRANTED. Unless and until the Court orders otherwise, the transcripts shall remain sealed - and thus should not be made part of the public appellate record. The Clerk of Court is directed to terminate Docket No. 278. SO ORDERED.*

*/s/ Jesse M. Furman*
*January 26, 2023*

**GEORGIA J. HINDE**
ATTORNEY AT LAW
228 PARK AVENUE SOUTH
SUITE 33276
NEW YORK, NEW YORK 10003-1502

(212) 727-2717
TELEFAX: (212) 727-2627

January 26, 2023

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<u>Re: United States v. Robert Wilson, 19 Cr. 625 (JMF)</u>

Dear Judge Furman:

By the enclosed order of the United States Court of Appeals for the Second Circuit dated December 19, 2022, I was appointed pursuant to the Criminal Justice Act to represent the appellant Robert Wilson in connection with his direct appeal (Docket No. 22-3010). In that connection, I have ordered transcripts of proceedings that are not already available in the district court's electronic record.

Today, I learned from the Southern District Court Reporters that two of the transcripts I have requested are presently under seal. I therefore write to respectfully request that the Court order that these transcripts – from a hearing on June 9, 2022, and sentencing on November 10, 2022 – be made available to me to review by issuing a signed order to that effect. I also ask that the Court specify whether the transcripts should remain under seal for purposes of the appeal, or whether they may instead be made a part of the Court of Appeals' public docket if they are included in the appellant's appendix.

Thank you for your assistance.

Very truly yours,

/s/

Georgia J. Hinde

Enclosure

cc: Andrew Chan, Esq. (By ECF)
    Assistant U.S. Attorney