GEORGIA J. HINDE
ATTORNEY AT LAW
228 PARK AVENUE SOUTH
SUITE 33276
NEW YORK, NEW YORK 10003-1502

(212) 727-2717
TELEFAX: (212) 727-2627

March 31, 2023

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Robert Wilson, 19 Cr. 625 (JMF)

Dear Judge Furman:

In an order dated January 26, 2023, the Court granted my request to order sealed transcripts from the captioned proceeding, for me to review in connection with my appointment to represent appellant Robert Wilson on direct appeal. I have since received both authorized transcripts, as well as a redacted version of the transcript from June 9, 2022.

When organizing all available transcripts yesterday, I discovered that one transcript that was already filed as part of the electronic record (ECF No. 231) – an earlier portion of the Fatico hearing held on May 11, 2022 – has substantial redactions. With my apologies for not noticing this before, I respectfully request that the Court also authorize my receipt of an unredacted copy of this transcript, and permit the court reporters to email a PDF version of the unredacted transcript to me when it is prepared (sealed transcripts must otherwise be personally collected from the court reporters at the courthouse, as I did yesterday).

Finally, I understand that the unredacted transcripts will remain under seal and not be made a part of the public appellate record without further order of this Court. Mr. Wilson has, however, requested copies of all transcripts relating to his proceedings before this Court. I therefore respectfully request the Court's guidance or permission either to send Mr. Wilson the copies he has requested, or at least to provide him with redacted copies of the transcripts that remain under seal in their unredacted forms (May 11, 2022, and June 9, 2022).  With respect to Mr. Wilson's sealed sentencing transcript from November 10, 2022, because it was first prepared after the Court permitted me to order it, no redacted version presently exists. Therefore, if I am only permitted to provide Mr. Wilson with redacted versions of these three transcripts (as well as full copies of all other transcripts that are publically available), I will appreciate it if the Court

Hon. Jesse M. Furman             -2-                    March 31, 2023


will direct the redaction of this sentencing transcript by someone
knowledgeable about the information to be redacted so that I can
provide a redacted copy to the appellant.

    I again appreciate the Court's assistance.

                Very truly yours,

                  /s/

                Georgia J. Hinde

cc:  Andrew Chan, Esq. (By ECF)
     Assistant U.S. Attorney



    Application GRANTED as to the May 11, 2022 transcript.  As
for the request to share transcripts with Mr. Wilson, the
Court does not understand what counsel is proposing.  The
Court grants permission for Mr. Wilson to view the
unredacted transcripts in the presence of counsel; counsel
may not provide Mr. Wilson with copies of the unredacted
transcripts without leave of Court.  To the extent counsel
wants to do something else with the transcript, she should
confer with the Government and then seek appropriate
relief.  The Clerk of Court is directed to terminate
Docket No. 288.

                SO ORDERED

                March 31, 2023