**Application GRANTED. The Clerk of Court is directed to terminate ECF No. 291.**

**SO ORDERED.**
*[signature]*
**November 30, 2023**

**GEORGIA J. HINDE**
ATTORNEY AT LAW
228 PARK AVENUE SOUTH
SUITE 33276
NEW YORK, NEW YORK 10003-1502

(212) 727-2717
TELEFAX: (212) 727-2627

November 30, 2023

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: United States v. Robert Wilson, 19 Cr. 625 (JMF)

Dear Judge Furman:

As the Court knows, various documents have been filed under seal in the captioned matter, including letter briefs submitted during the *Fatico* proceeding, transcripts from that hearing, and Robert Wilson's sentencing transcript from November 10, 2022. Mr. Wilson has recently requested copies of the *Fatico* letter briefs and his sentencing transcript in order to review them in connection with his preparation of a *pro se* response to a brief I previously filed in the Court of Appeals (Docket No. 22-3010) pursuant to *Anders v. California*, 386 U.S. 38 (1967).

I have already confirmed with Assistant U.S. Attorney Andrew Chan that the government does not object to my sending redacted copies of the requested documents to Mr. Wilson, either as those copies have already been filed on the electronic docket or, for those transcripts that were not electronically filed in a redacted form (June 9, 2022, and November 10, 2022), with the redactions to which the parties previously agreed. I received copies of such redacted transcripts from the Southern District court reporters earlier this year.

In order to be sure that I am in compliance with the Court's previous order dated March 31, 2023 (ECF No. 289), I write to request that the Court permit me to mail Mr. Wilson copies of these redacted versions of letter briefs and transcripts at his present location (USP Hazelton). The Court's approval of this request will be appreciated.

Very truly yours,

/s/

Georgia J. Hinde

cc: Andrew Chan, Esq. (By ECF)
    Assistant U.S. Attorney