UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,              :

                                                        :          19-CR-625-1 (JMF)

                -v-                              :          25-CV-9332 (JMF)

                                                        :

ROBERT WILSON,                          :

                                                        :              ORDER

                            Defendant.          :

                                                        :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 7, 2025, Defendant Robert Wilson, proceeding without counsel, filed a motion to vacate, set aside, or correct his sentence pursuant to Title 28, United States Code, Section 2255.  *See* ECF No. 294.  The Government shall file any opposition to that motion by **December 5, 2025**.  Defendant's reply, if any, shall be filed by **December 19, 2025**.  All future filings should be made only in 19-CR-625.

       The Clerk of Court is directed to close 25-CV-9332 and to mail a copy of this Order to:

> Robert Wilson
> Register Number: 87123-054
> USP Lee
> U.S. Penitentiary
> P.O. Box 305
> Jonesville, VA 24263

       SO ORDERED.

Dated: November 10, 2025  
       New York, New York

                                                JESSE M. FURMAN  
                                                United States District Judge