UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT WILSON,<br><br>                    Defendant. | 19 Cr. 625 (JMF) |

**Order re: Attorney-Client Privilege Waiver (Informed Consent)**

WHEREAS defendant Robert Wilson has moved for relief from his sentence pursuant to 28 U.S.C. § 2255 on, among other things, the ground of ineffective assistance of counsel; and

WHEREAS the Government, after reviewing the motion papers, has concluded that the testimony of defendant's former counsel, Benjamin Zeman, Esq., Anthony Cecutti, Esq., and Kestine Thiele, Esq. ("Counsel") will be needed to allow the Government to fully respond to certain aspects of the motion; and

WHEREAS the Court, after reviewing the motion papers, is satisfied that the testimony of Counsel is needed in order to allow the Government to fully respond to the motion; and

WHEREAS by making the motion, the movant has waived the attorney-client privilege as a matter of law; and

WHEREAS the Court is cognizant that, absent court order or informed consent, ethical concerns may inhibit Counsel from disclosing confidential information relating to a prior client even in the absence of a privilege, *see, e.g.*, ABA Standing Comm. on Ethics and Prof. Responsibility Formal Op. 10-456 (July 14, 2010), *Disclosure of Information to Prosecutor When Lawyer's Former Client Brings Ineffective Assistance of Counsel Claim*;

IT IS HEREBY ORDERED that defendant execute and return to this Court within 60 days from the date of this Order the accompanying "Attorney-Client Privilege Waiver (Informed Consent)" form. If the waiver is not received by the Court within 60 days from the date of this Order, the Court will deny the ineffective assistance of counsel claims in the Section 2255 motion on the ground that the movant failed to authorize the disclosure of information needed to permit the Court to decide the motion; and it is further

ORDERED that, upon the filing of the waiver described above, (1) Counsel shall give sworn testimony, in the form of declarations, addressing the allegations of ineffective assistance of counsel made by the defendant; and (2) file such declarations within 30 days of the filing of the waiver described above; and it is further

ORDERED that the Government shall, within 14 days of the filing of the declarations described above, file any opposition to the Section 2255 motion, and any additional supporting papers with this Court; and it is further

ORDERED that the defendant shall have 14 days from the filing of the Government's opposition papers to submit any reply papers, after which time the motion will be fully submitted.

Dated: New York, New York
       November 12, 2025

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

This Order supersedes the Court's Order of November 10, 2025.  See ECF No. 295.

The Clerk of Court is directed to terminate ECF No. 296 and to mail this Order to: Robert Wilson, Register Number: 87123-054, USP Lee, U.S. Penitentiary, P.O. Box 305, Jonesville, VA 24263.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT WILSON,<br><br>                    Defendant. | 19 Cr. 625 (JMF) |

**Attorney-Client Privilege Waiver (Informed Consent)**

To:    Robert Wilson

You have made a motion under Section 2255 of Title 28, United States Code, to have your sentence set aside on the ground that you received ineffective assistance from your former lawyers, Benjamin Zeman, Esq., Anthony Cecutti, Esq., and Kestine Thiele, Esq. (referred to in this form as "your former attorneys"). The Court has reviewed your papers and determined that it needs to have sworn testimonial statements from your former attorneys in order to fully evaluate your motion.

By making this motion, you have waived the attorney-client privilege you had with your former attorneys to the extent relevant to determining your claim. This means that if you wish to press your claim of ineffective assistance, you cannot keep the communications between yourself and your former attorneys a secret—you must allow them to be disclosed to the Government and to the Court pursuant to court order. The Court has already issued an Order (copy attached) ordering your former attorneys to give such testimony, in the form of a declaration. This Informed Consent form is designed to ensure that you fully understand and agree to this.

Specifically, if you wish to proceed with your motion to set aside your conviction on the basis that you received ineffective assistance of counsel, you must sign this statement and return it to the Court in the attached envelope (keeping a copy for your records). The form constitutes your authorization to your former attorneys to disclose confidential communications (1) only in response to a court order and (2) only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by your motion.

You should know that if you sign this authorization, you run the risk that your former attorneys will contradict your statements about their representation of you. However, you should also know that the Court will deny your motion if you do not authorize your former attorneys to give declarations in response to the Court's attached Order.

You must return this form, signed by you and notarized, within 60 days from the date of the Court's Order directing your former lawyers to give testimony. If the Court does not receive this form, signed by you and notarized, within that time, the Court will automatically deny your motion.

NOTARIZED AUTHORIZATION

*United States v. Robert Wilson*, 19 Cr. 625 (JMF)

I have read the Court's Order dated November 12 , 2025 and this document headed Attorney-Client Privilege Waiver (Informed Consent). I hereby authorize my former attorneys Benjamin Zeman, Esq., Anthony Cecutti, Esq., and Kestine Thiele, Esq., to comply with the Court's Order by giving testimony, in the form ordered by the court, relating to my motion to set aside my sentence on the ground of ineffective assistance of counsel. This authorization allows my former attorneys to testify only pursuant to court order, and only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by my motion.

Dated: _____

Signed:_____
     Robert Wilson


Sworn to before me this \_\_\_\_\_ day of _____, 2025

_____
Notary Public