UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA,                :

                                                :          19-CR-625-1 (JMF)

               -v-                                  :

                                                :               ORDER

ROBERT WILSON,                                :

                                                :

                Defendant.                     :

                                                :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On November 24, 2025, Defendant Robert Wilson, proceeding without counsel, filed a second motion to vacate, set aside, or correct his sentence pursuant to Title 28, United States Code, Section 2255.  *See* ECF No. 298.  The new motion appears to be substantively identical to his earlier motion.  *See* ECF No. 294.  Accordingly, the Court will treat the more recent motion as the operative amended motion.  If Wilson has an objection to that, he should file a letter to that effect by **December 17, 2025**.  Given that the recent motion appears to be substantively identical to the earlier motion, the Court's Order requiring Wilson to execute and return an Attorney-Client Privilege Waiver and setting a schedule beyond that, *see* ECF No. 297, remains in effect.

        The Clerk of Court is directed to terminate ECF No. 294 and to mail a copy of this Order to:

> Robert Wilson
> Register Number: 87123-054
> USP Lee
> U.S. Penitentiary
> P.O. Box 305
> Jonesville, VA 24263

        SO ORDERED.

Dated: November 25, 2025
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge